1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBEY HAIRSTON,                               No.  2:15-cv-2026 GGH P

12                    Petitioner,

13         v.                                       ORDER

14    JOHN ODGLESBY,

15                    Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges his conviction in

19    Kern County Superior Court and/or the conditions of his incarceration at the California

20    Correctional Institution in Kern County.  Kern County is part of the Fresno Division of the United

21    States District Court for the Eastern District of California.  See Local Rule 120(d).[1]

22         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23    division of a court may, on the court's own motion, be transferred to the proper division of the

24    court.  Therefore, this action will be transferred to the Fresno Division of the court.

25         Good cause appearing, IT IS HEREBY ORDERED that:

26         1. This action is transferred to the United States District Court for the Eastern District of

27    _____

28    [1]  The petition is difficult to decipher, but to the extent that it alleges civil rights violations at CCI,
      venue is still proper in the Fresno Division.

                                                  1

1    California sitting in Fresno; and

2           2.  All future filings shall reference the new Fresno case number assigned and shall be

3    filed at:

4                              United States District Court
                               Eastern District of California
                               2500 Tulare Street
5                              Fresno, CA 93721

6    Dated: October 6, 2015

7                                                       /s/ Gregory G. Hollows

8                                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12   /mp
     hair2026.109
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28